IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRUCE McMEANS | § § | |
| v. | § § § | Case No. 2:14-cv-923-JRG-RSP |
| WT McCOOL, ET AL. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on June 5, 2015 (Dkt. No. 15) which recommends that Plaintiff's complaint be dismissed without prejudice for want of prosecution and failure to obey an order. No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is adopted. Accordingly,

IT IS **ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**So Ordered this**
**Mar 17, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE